170 A.3d 301

NEW JERSEY TRANSIT CORPORATION, PLAINTIFF–RESPONDENT, v. MARY FRANCO, CAROL FRANCO, M & C FRANCO & CO., DEFENDANTS–PETITIONERS, AND NORTH COUNTY COLLISION, INC., VANESSA EXPRESS CO., INC., CITY OF HOBOKEN, TOWNSHIP OF WEEHAWKEN, CITY OF UNION CITY, COUNTY OF HUDSON, PUBLIC SERVICE ELECTRIC AND GAS COMPANY, UNITED WATER COMPANY, NORTH HUDSON SEWERAGE AUTHORITY, NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, DEFENDANTS.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003802–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.